UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SHANICQUA SUBER APONTE, Debtor. | Civil No. 2:18-cv-05108 |
| | Bankruptcy No. 18-17113 ELF |
| SHANICQUA SUBER APONTE, Appellant, | |
| v. | |
| MATTHEW J. COPLEY III, Appellee. | |

**O R D E R**

**AND NOW**, this 15th day of August, 2019, upon consideration of the bankruptcy court's order dated February 13, 2019, which dismissed the underlying bankruptcy case, the parties' responses to the Court's order directing them to show cause as to why this Court should not dismiss this appeal as moot, *see* ECF Nos. 9, 10, and for the reasons set forth in the accompanying opinion, **IT IS ORDERED THAT** the appeal is **DISMISSED**. The Clerk of Court is directed to close this matter.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge